UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AYLENE ZEIGER,

               Plaintiff,

   v.

HOTEL CALIFORNIA BY THE SEA LLC et al.,

               Defendant.

Case No. C21-1702-TL-SKV

ORDER

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation;

    (2)    A ruling on Defendant Hotel California by the Sea LLC's Motion to Compel Arbitration, Dkt. 15, is deferred pending the outcome of an evidentiary hearing under 9 U.S.C. § 4;

/ / /

/ / /

/ / /

ORDER - 1

(3)   The Clerk is directed to send copies of this Order to the parties and to Judge Vaughan.

Dated this __ day of _____, 2022.

                                        _____
                                        TANA LIN
                                        United States District Judge

ORDER - 2