The Honorable Tana Lin
The Honorable S. Kate Vaughan

UNITED STATES DISTRICT COURT

WESTERN WASHINGTON

AT SEATTLE

| | |
|---|---|
| AYLENE ZEIGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>HOTEL CALIFORNIA BY THE SEA, LLC, a foreign limited liability company; "DOE(S) 1-100", employees of HOTEL CALIFORNIA BY THE SEA LLC; and "CORPORATION(S) XYZ 1-100,"<br><br>Defendants. | Case No. C21-1702-TL-SKV<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION REQUESTING ORDER STRIKING DEADLINES AND TRIAL DATE IN LIGHT OF PENDING MOTION TO COMPEL ARBITRATION<br><br>MOTION NOTED ON CALENDAR FOR JULY 8, 2022 |

THIS MATTER having been brought duly and regularly before the undersigned Judge of the above-entitled Court upon the parties Joint Motion Requesting Order Striking Deadlines and Trial Date in Light of Pending Motion to Compel Arbitration, the Court being fully advised in all matters does herewith, ORDERS, ADJUDGES AND DECREES as follows:

The Joint Motion Requesting Order Striking Deadlines and Trial Date in Light of Pending Motion to Compel Arbitration is GRANTED.

/ / /

/ / /

/ / /

[PROPOSED] ORDER - 1
Case No. C21-1702-TL-SKV

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4874-5748-1256.1

1  The current deadlines and trial date of March 27, 2023 set forth in Dkt. No. 29 is hereby
2  stricken. The Court shall, if necessary, issue a new Order Setting Trial Date and Related Dates
3  once the Court has resolved the pending Defendant's Motion to Compel Arbitration, Dkt. No. 15.
4  IT IS SO ORDERED COURT this 13th day of July, 2022.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

[PROPOSED] ORDER - 2
Case No. C21-1702-TL-SKV

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

4874-5748-1256.1