UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AYLENE ZEIGER, an individual,<br><br>                Plaintiff,<br>    v.<br><br>HOTEL CALIFORNIA BY THE SEA, LLC, et al.,<br><br>                Defendants. | CASE NO. 2:21-cv-01702-TL<br><br>ORDER ON STIPULATION OF DISMISSAL |

       Based on the stipulation of the Parties (Dkt. No. 42) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the matter is DISMISSED with prejudice and without costs to any party.

       It is so ordered.

       Dated this 10th day of April 2023.

_/s/ Tana Lin_
Tana Lin
United States District Judge

ORDER ON STIPULATION OF
DISMISSAL - 1